UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE SUTERO QUINTERO,

Petitioner.

Case No. 20-04002 BLF (PR)

**ORDER OF DISMISSAL**

On June 16, 2020, Petitioner, a federal prisoner, filed a letter which was construed as an attempt to file a petition for a writ of habeas corpus in this Court.[1] Dkt. No. 1. On the same day, the Clerk notified Petitioner that in addition to filing a petition on the Court's form, Dkt. No. 2, she needed to either pay the filing fee or file a complete application to proceed *in forma pauperis* ("IFP") within twenty-eight days from the date of the notice to avoid dismissal. Dkt. No. 3. The deadline has passed, and Petitioner has failed to respond. Furthermore, there has been no other communication from Petitioner. Accordingly, the action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending deadlines and close the case.

**IT IS SO ORDERED.**

Dated:  **August 10, 2020**

BETH LABSON FREEMAN
United States District Judge

---

[1] The matter was reassigned to this Court after Petitioner failed to file consent to magistrate judge jurisdiction. Dkt. No. 6.

Order of Dismissal
P:\PRO-SE\BLF\HC.20\04002.Quintero_dism-ifp.docx