UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE SUTERO QUINTERO, | Case No. 20-04002 BLF (PR) |
|---|---|
| Petitioner. | **JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice.  Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated:  __**August 10, 2020**__

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.20\04002.Quintero_judg.docx